

U.S. Department of Justice

*Robert S. Brewer, Jr.*
*United States Attorney*
*Southern District of California*

*Marietta I. Geckos*   619 546-6952
*Assistant United States Attorney*  Fax 619 546-0510

| | |
|---|---|
| San Diego County Office<br>Federal Office Building<br>880 Front Street, Room 6293<br>San Diego, California 92101-8893 | Imperial County Office<br>516 Industry Way<br>Suite C<br>Imperial, California 92231-7501 |

**NOTICE TO APPEAR (APS)**

RE:   UNITED STATES OF AMERICA     Magistrate Case No. **19MJ1776**

v.     For Violation of: 8 U.S.C. 1324

_____Brian Aziel HERNANDEZ_____,

You are hereby notified that your case will be called for first appearance on **Thursday**, **May 2, 2019**, at the hour of **2:00 P.M.**, in the United States Magistrate Court, United States Courthouse, 940 Front Street, San Diego, California, 92101. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have the funds to hire an attorney, you may qualify for appointed counsel.

Robert S. Brewer, Jr.
*United States Attorney*

*Marietta I. Geckos*
Marietta I. Geckos
Assistant United States Attorney

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: _____

Dated: May 1, 2019

Presented by: _____
(Agent's Name)
United States Border Patrol
(Agency)
(619) 498-9839
(Agent's Telephone No.)